UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-62523

JOHN DOE, individually & JANE ROE,
Individually and on behalf of others similarly
situated,

    Plaintiffs,

v.

BRENDA FORMAN, as Clerk of the Court;
HAROLD PRYOR, as State Attorney; and
GREGORY TONY, in his capacity as Sheriff of
Broward County, Florida,

    Defendants.
_____/

## JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AS TO GREGORY TONY, IN HIS OFFICIAL CAPACITY AS SHERIFF OF BROWARD COUNTY

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their undersigned attorneys, that the cause against GREGORY TONY, in his official capacity as SHERIFF OF BROWARD COUNTY, shall be dismissed without prejudice with each party to bear their own fees and costs.

Dated this 18th day of July, 2022.

**LAW OFFICES GARY KOLLIN, P.A.**
*Attorneys for Plaintiffs*
1856 N. Nob Hill Rd., Suite 140
Ft. Lauderdale FL 33322-6548

By: /s/ Gary Kollin
Gary Kollin, Esq.
Florida Bar No. 0981737
garykollin@garykollinlaw.com
pleadings@garykollinlaw.com

**KOPELOWITZ OSTROW
FERGUSON WEISELBERG GILBERT**
*Attorneys for BSO*
One West Las Olas, Suite, 500
Fort Lauderdale, FL 33301

By: */s/ Seth D. Haimovitch*
David L. Ferguson, Esq
Florida Bar No.0981737
Ferguson@kolawyers.com
Seth D. Haimovitch, Esq.
Florida Bar No. 0085939
Haimovitch@kolawyers.com